```
                                        FILED
                                 U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                 2000 FEB 24  A 9: 33

                                 LORETTA G. WHYTE
                                       CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CIVIL ACTION |
| | NO. 00-0443 |
| **VERSUS** | |
| | SECTION "T" (2) |
| **QUINTANA PETROLEUM CORP., et al.** | |

### ORDER OF TRANSFER

It has been brought to the Court's attention that the above-captioned matter grows out of the same factual basis as that in Civil Action No. 00-310, Section "E," captioned <u>Terrebonne Parish School Board v. Mobil Oil Corp.</u>, now pending before Judge Marcel Livaudais, Jr., and that the matter could be handled most expeditiously by consolidation.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be, and the same hereby is **TRANSFERRED** to Section "E" for possible consolidation with Civil Action No. 00-310 of this Court.

New Orleans, Louisiana, this 23rd day of February, 2000.

FEB 24 2000
TRANSFERRED TO
SECT. E
MAG. 5

DATE OF ENTRY FEB 25 2000

G. Thomas Porteous, Jr.
United States District Judge

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.