UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0443 |
| | * | "E" (5) |
| QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., ATLANTIC PACIFIC MARINE CORPORATION | * * * | SECTION "T", MAG. 2 |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Shell Oil Company., and moves this Honorable Court for an order permitting Arthur A. Crais, Jr. to withdraw as trial counsel of record and in lieu thereof permitting Charles M. Raymond, to be added and substituted as trial attorney of record in this matter, In accordance with the local rules, the client has been contacted and has been informed of the withdrawal and substitution of trial counsel and consents thereto. Further, Shell Oil Company represents to this Honorable Court that this withdrawal and substitution of trial counsel will not delay the proceedings or any trial date.

Respectfully submitted,

_____
ARTHUR A. CRAIS, JR., T.A., Bar No. 4573
Attorney for Shell Oil Company
Mailing Address: P. O. Box 60193
New Orleans, LA 70160
Street Address: 701 Poydras St., 1590 One Shell Square
New Orleans, LA 70139
Telephone: (504) 728-4654

p mo substitute dr005401.doc

DATE OF ENTRY MAR 1 2000

BY: _____
CHARLES M. RAYMOND, P. A., Bar No. 11407
Attorney for Shell Oil Company
Mailing Address:  P. O. Box 60193
New Orleans, LA 70160
Street Address:  701 Poydras St., 1590 One Shell Square
New Orleans, LA 70139
Telephone: (504) 728-0008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record listed below by mailing same in the United States mail, postage prepaid and properly addressed, this 24 day of February, 2000.

_____
ARTHUR A. CRAIS, JR.

Michael X. St. Martin, Esq.
Joseph G. Jevic III, Esq.
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

A.J. Gray, III, Esq.
Wade T. Visconte, Esq.
P.O. Box 1467
Lake Charles, LA 70602-1467

David N. Schell, Jr., Esq.
Milling Benson Woodward
Suite 2300, 909 Poydras St.
New Orleans, LA 70112-1010

Guy E. Wall, Esq.
Gordon Arata McCollam Duplantis & Eagan
40th Floor, 201 St. Charles Ave.
New Orleans, LA 70130

Barry F. Cannaday, Esq.
Martin T. Averill, Esq.
Jenkens & Gilchrist
1445 Ross Ave., Suite 3200
Dallas TX 75202-2799

Peter B. Tompkins, Esq.
Rachel M. Azzarello, Esq.
Gelpi Sullivan Carroll
400 Poydras St., Suite 2525
New Orleans, LA 70130

p mo substitute dr005401.doc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| VERSUS | | NO. 00-0443 |
| | * | "E" (5) |
| QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., ATLANTIC PACIFIC MARINE CORPORATION | * | SECTION "T", MAG. 2 |
| * * * * * * * * * | | |

## ORDER

IT IS HEREBY ORDERED that Arthur A. Crais, Jr. be allowed to withdraw as trial counsel of record and that Charles M. Raymond be substituted as trial counsel of record for defendant, Shell Oil Company.

NEW ORLEANS, LA, this ___29___ day of ___Feb___, 2000.

_____
JUDGE

p mo substitute dr005401.doc