

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -3  A 10: 13

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § § § | CIVIL ACTION |
| | § | NO. 00-0443 |
| VERSUS | § § | SECTION E |
| QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., ATLANTIC PACIFIC MARINE CORPORATION | § § § § § § | |

## MOTION TO PERMIT
## BARRY FRANK CANNADAY TO APPEAR
## AS CO-COUNSEL FOR AVIVA PETROLEUM, INC.

NOW INTO COURT, comes Martin P. Averill, counsel of record for defendant, Aviva Petroleum, Inc., and a member of the Bar of this Court, who respectfully requests that this Court permit Barry Frank Cannaday to appear and participate as co-counsel in the captioned case upon suggesting to the Court that applicant is a member in good standing of the highest court of the State of Texas (as is evidenced by the Certificate of Clerk of the Supreme Court of Texas attached hereto), and that no disciplinary proceedings or criminal charges have been instituted against applicant (as is evidenced by the Affidavit of Barry Frank Cannaday attached hereto).

WHEREFORE, for the reasons set forth above, movant, Martin P. Averill, respectfully requests that this Court permit applicant, Barry Frank Cannaday, to appear and participate as co-counsel in the captioned matter.

Dallas1 574636 v 1, 13593.00010

DATE OF ENTRY  MAR 0 8 2000

___Fee___ pd
___Process___
_X_ Dktd
_✓_ CtRmDep
___Doc.No.___

Respectfully Submitted,

JENKENS & GILCHRIST,
a Professional Corporation

By: _____
Martin P. Averill (La. Bar No. 24285)

1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Telephone: (214) 855-4360
Telecopier: (214) 855-4300

Attorneys for Defendant, Aviva Petroleum, Inc.

## C E R T I F I C A T E

I hereby certify that I have served a copy of the above and foregoing Pleading on all counsel of record by placing signed copies thereof in the United States mail, postage prepaid, on this 1st day of March, 2000.

_____
Martin P. Averill (La. Bar No. 24285)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | § § § | CIVIL ACTION |
| | § | NO. 00-0443 |
| VERSUS | § § | SECTION E |
| QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., ATLANTIC PACIFIC MARINE CORPORATION | § § § § § § § | |

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED that Barry Frank Cannaday is hereby permitted to appear and participate as co-counsel in the captioned matter.

Signed this _3_ day of _March_____, 2000, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE