```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2000 APR 27  A 9:39

         LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | ~~NO. 99-~~ 00-0443 |
| | * | |
| QUINTANA PETROLEUM CORPORATION, ET AL. | * | SECTION "~~X~~ T" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DENOVO OIL & GAS, INC.'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, DeNovo Oil & Gas, Inc. ("DeNovo"), who moves this Court to grant leave allowing Guy E. Wall, formerly of the law firm Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., to withdraw as counsel of record in these proceedings and to substitute John M. McCollam (La. Bar No. 7717) (T.A.), Scott A. O'Connor (La. Bar No. 19723) and Jonas P. Baker (La. Bar No. 25563) of the law firm Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., as counsel of record in these proceedings and the attorneys of record to receive all notices from the Court. Mr. McCollam, Mr. O'Connor and Mr. Baker are members in good standing admitted to practice before this Court.

WHEREFORE, DeNovo, defendant in the captioned action, requests that this Court order and grant leave for Guy E. Wall, formerly of the law firm Gordon, Arata, McCollam, Duplantis

GAMD-NO:101780-1

DATE OF ENTRY
MAY 4 - 2000

```
___ Fee _____
___ Process ___
X  Dktd _GLW_
X  CtRmDep ____
   Doc.No _14_
```

& Eagan, L.L.P., to withdraw as counsel of record, and further order John M. McCollam, Scott A. O'Connor and Jonas P. Baker of the law firm Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. to be enrolled as counsel of record in these proceedings for defendant, DeNovo Oil & Gas, Inc.

Respectfully submitted,

_____
JOHN M. McCOLLAM (#7717)
SCOTT A. O'CONNOR (#19723)
JONAS P. BAKER (#25563)
GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Avenue, Ste. 4000
New Orleans, LA 70170-4000
Telephone: (504) 582-1111

Attorneys for DeNovo Oil & Gas, Inc.

## CERTIFICATE

I do hereby certify that a copy of the foregoing motion has been served on all counsel of record by placing signed copies thereof in the United States mail, postage prepaid, on this the 27th day of April, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | 00-0443 |
| | * | |
| QUINTANA PETROLEUM CORPORATION, ET AL. | * | SECTION T |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the above and foregoing motion to withdraw and substitute counsel of record,

**IT IS ORDERED** that Guy E. Wall, formerly of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., be and is hereby allowed to withdraw as counsel of record in the above-captioned proceeding on behalf of defendant, DeNovo Oil & Gas, Inc., and that John M. McCollam (T.A.), Scott A. O'Connor and Jonas P. Baker of the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P., be and are hereby enrolled as counsel of record and the attorneys of record to receive all notices from the court in the above-captioned proceeding on behalf of defendant, DeNovo Oil & Gas, Inc.

New Orleans, Louisiana, this 3rd day of May, 2000.

_____
G. THOMAS PORTEOUS, JR.
U.S. DISTRICT JUDGE

GAMD-NO:101780-1