```
           UNITED STATES DISTRICT COURT
                       FILED

                    JUN 2 0 2000

           EASTERN DISTRICT OF LOUISIANA
                   Loretta G. Whyte
                        Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD            CIVIL ACTION

VERSUS                                    NO. 00-0443

QUINTANA PETROLEUM CORP.                  SECTION "T"

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on JULY 6, 2000 at 2:30 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

                                    _____
                                    RICHARD E. WINDHORST, III
                                    COURTROOM DEPUTY, SECTION T

NOTICE:    COUNSEL ADDING NEW PARTIES SUBSEQUENT TO
           THE MAILING OF THIS NOTICE SHALL NOTIFY
           SUCH NEW PARTY TO APPEAR AS REQUIRED BY
           THIS NOTICE.

           COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST
           JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE,
           A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF
           THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH
           A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A
           SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE,
           ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE
           SUCH A CONFERENCE DESIRABLE.

                                                   __Fee_____
                                                   __Process__
                                                   __XDktd____
                                                   __CtRemDep_
                                                   Doc. No.___