UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2000 JUN 28 P 4: 25

LORETTA G. WHYTE

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | NO. 00-0443 |
| VERSUS | * | SECTION "T" |
| QUINTANA PETROLEUM CORP. | * | MAGISTRATE (2) |

**MOTION OF DEFENDANT SHELL OIL COMPANY TO
ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW COMES defendant, Shell Oil Company ("Shell"), through undersigned counsel, who moves this Court for entry of an Order adding Joseph E. LeBlanc, Jr., Elizabeth S. Wheeler, and Hollis H. Robinson of the law firm of King, LeBlanc & Bland, L.L.P. as additional counsel of record for Shell in this proceeding, with designation of Joseph E. LeBlanc, Jr. as trial counsel.

Respectfully submitted,

BY: _____
CHARLES M. RAYMOND, #11407
Attorney for Shell Oil Company

Street Address:  701 Poydras St., 1590 One Shell Square
New Orleans, LA 70139

Mailing Address:  P. O. Box 60193
New Orleans, LA 70160
Telephone: (504) 728-0008

DATE OF ENTRY
JUN 3 0 2000

KING, LEBLANC & BLAND, L.L.P.

BY: _____
JOSEPH E. LEBLANC, JR., T.A., #8199
ELIZABETH S. WHEELER, #21148
HOLLIS H. ROBINSON, #25697
201 St. Charles Avenue, Suite 3800
New Orleans, LA 70170
Telephone: (504) 582-3800

Attorneys for Defendant, Shell Oil Company

S:\1163\008\PLEADINGS\ADDCOUNSEL.MTNORD.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | NO. 00-0443 |
| VERSUS | * | SECTION "T" |
| QUINTANA PETROLEUM CORP. | * | MAGISTRATE (2) |

## ORDER

Considering the foregoing motion to enroll additional counsel of record,

IT IS ORDERED that Joseph E. LeBlanc, Jr., Elizabeth S. Wheeler, and Hollis H. Robinson of the law firm of King, LeBlanc & Bland, L.L.P. be added as co-counsel of record for defendant Shell Oil Company in this case, and that Joseph E. LeBlanc, Jr. be designated as trial counsel.

New Orleans, Louisiana this 29th day of June, 2000.

_____
U. S. DISTRICT COURT JUDGE

S:\1163\008\PLEADINGS\ADDCOUNSEL.MTNORD.DOC