

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 17 PM 3:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | | NO. 00-0443 |
| | * | |
| VERSUS | | |
| | * | SECTION "T"(2) |
| QUINTANA PETROLEUM CORPORATION, ET AL. | * | |

\*   \*   \*   \*   \*   \*   \*

### MOTION AND INCORPORATED MEMORANDUM
### TO ALLOW WITHDRAWAL OF COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come John M. McCollam (La. Bar #7717), Scott A. O'Connor (La. Bar #19723), Jonas P. Baker (La. Bar #25563) and the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. (collectively, "GAMD&E") who respectfully move this Court for leave to withdraw as counsel of record for defendant DeNovo Oil & Gas, Inc. ("DeNovo") based upon the following:

1.

GAMD&E represents DeNovo in this action and has served as counsel for DeNovo since before this action was filed.

GAMD-NO 106465-1

DATE OF ENTRY
OCT 23 2000



2.

At the onset of this litigation, GAMD&E obtained from plaintiff a waiver of a potential conflict of interest of the firm based on a prior representation of plaintiff.

3.

Plaintiff has, however, recently revoked its waiver and requested that GAMD&E withdraw as counsel of record for DeNovo.

4.

GAMD&E has informed DeNovo through its General Counsel, Mark Licata, of the potential conflict and plaintiff's request that GAMD&E withdraw.

5.

After consulting with DeNovo, GAMD&E is moving to withdraw as counsel of record with DeNovo's permission. DeNovo does not wish to substitute other counsel at this time.

6.

DeNovo's current address is:

>Mark Licata
>DeNovo Oil & Gas, Inc.
>1300 Post Oak Boulevard, Suite 2000
>Houston, Texas 77056
>Telephone: (713) 986-7000

7.

GAMD&E has notified DeNovo of all deadlines and pending court appearances in this matter.

                Respectfully submitted,

                JOHN M. McCOLLAM (La. Bar #7717)
                SCOTT A. O'CONNOR (La. Bar #19723)
                JONAS P. BAKER (La. Bar #25563)
                GORDON, ARATA, McCOLLAM,
                 DUPLANTIS & EAGAN, L.L.P.
                201 St. Charles Ave., Ste. 4000
                New Orleans, LA 70170-4000
                Telephone: (504) 582-1111

                By: _____

                Attorneys for DeNovo Oil & Gas, Inc.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing Motion and Incorporated Memorandum to Allow Withdrawal of Counsel of Record on DeNovo Oil & Gas, Inc. c/o Mark Licata by certified mail and that DeNovo has been notified of all deadlines and pending court appearances. I further certify that I have served a copy of the above and foregoing motion on all counsel of record by U.S. Mail, postage prepaid and properly addressed, this _17th_ day of _October_, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | | NO. 00-0443 |
| | * | |
| VERSUS | | |
| | * | SECTION "T"(2) |
| QUINTANA PETROLEUM CORPORATION, ET AL. | * | |

\*   \*   \*   \*   \*   \*   \*

### **O R D E R**

Considering the foregoing Motion to Allow Withdrawal of Counsel of Record,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that John M. McCollam, Scott A. O'Connor, Jonas P. Baker and the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. be and are hereby authorized to withdraw as counsel of record for DeNovo Oil & Gas, Inc.

New Orleans, Louisiana, this 18th day of October, 2000.

_____
United States District Judge

GAMD-NO:106465-1