FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 15 PM 3:45

LORETTA G. WHYTE
CLERK

13,522

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION NO.: 00-0443 |
| VERSUS | * | SECTION "T"<br>G. THOMAS PORTEOUS, JR. |
| QUINTANA PETROLEUM CORPORATION,<br>SHELL OIL COMPANY, DENOVO OIL &<br>GAS, INC., AVIVA PETROLEUM INC.,<br>HOLCO, INC., ATLANTIC PACIFIC MARINE<br>CORPORATION | *<br><br>*<br>*<br><br>* | <br><br>DIVISION 2<br>JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \*

### JOINT MOTION AND ORDER TO DISMISS
### ATLANTIC PACIFIC MARINE CORPORATION
### WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Terrebonne Parish School Board, and defendant, Atlantic Pacific Marine Corporation, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, respectfully request that this Honorable Court dismiss plaintiff's claims against Atlantic Pacific Marine Corporation without prejudice, each party to bear its own costs. Terrebonne Parish School Board specifically reserves its claims against all defendants not dismissed herein.

DATE OF ENTRY
MAR 1 9 2001

Considering the foregoing,

**IT IS ORDERED** that plaintiff's claims against Atlantic Pacific Marine Corporation be and hereby are dismissed, without prejudice, each party to bear its own costs. Plaintiff's claims against all other defendants are reserved.

New Orleans, Louisiana, this ___16th___ day of ___March___, 2001.

_____
JUDGE

RESPECTFULLY SUBMITTED:

_____
MICHAEL X. ST. MARTIN (12365)
**ST. MARTIN & WILLIAMS**
P. O. Box 2017
Houma, La 70361-2017
Telephone: (504) 876-3891

_____
A. J. GRAY, III (6253)
WADE T. VISCONTE (24734)
**THE GRAY LAW FIRM**
P. O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (318) 494-0694

Attorneys for Terrebonne Parish School Board

_____
PETER B. TOMPKINS, T.A. (#17832)
RACHEL M. AZZARELLO (#25978)
**GELPI SULLIVAN CARROLL**
400 Poydras Street, Suite 2525
New Orleans, LA 70130
Telephone: (504) 524-9714
Attorneys for Atlantic Pacific Marine
  Corporation

2

3

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by U.S. Mail, postage prepaid and properly addressed, this _15th_ day of March, 2001.

_____
Peter B. Tompkins

67101