

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV443** |
| | | |
| **VERSUS** | § | **SECTION: T** |
| | | |
| **QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., AND ATLANTIC PACIFIC MARINE CORPORATION** | § § § | **MAGISTRATE: 2** |
| | | |
| **FILED:** _____ | § | _____ |
| | | **DEPUTY CLERK** |

UNOPPOSED

## MOTION TO STAY PROCEEDINGS

**NOW INTO COURT,** through undersigned counsel, enters Plaintiff, Terrebonne Parish

School Board ("TPSB"), which hereby respectfully moves this Honorable Court to stay the

captioned matter for the reasons outlined herein:

1.

On October 19, 1999, Plaintiff, TPSB filed suit against Defendants, Quintana Petroleum

Corporation, Shell Oil Company, Denovo Oil & Gas, Inc., Aviva Petroleum Inc., Holco, Inc., and

Atlantic Pacific Marine Corporation, for damages caused to TPSB's marsh property located in



DATE OF ENTRY

MAR 2 8 2001



Section 16, T17S, R14E.

2.

Trial in the captioned matter is scheduled for the week of October 15, 2001. Discovery is scheduled to be completed on September 4, 2001. TPSB's expert reports are due on July 5, 2001.

3.

TPSB is also the plaintiff in the matter entitled *"Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company"* Appeals Docket No.:01-30131," ("Columbia case").

4.

Trial was scheduled in the Columbia case for January 16, 2001. On December 21, 2000, Columbia Gulf Transmission Company ("Columbia") filed a Motion for Summary Judgment. On December 27, 2000, Koch Gateway Pipeline Company ("Koch") filed a Motion for Summary Judgment. One of the grounds raised in the Koch motion was prescription.

5.

On January 9, 2001, Judge Lemelle of this Honorable Court granted Summary Judgment in favor of Koch and Columbia in the Columbia case based on prescription.

6.

On January 18, 2001, TPSB filed a Notice of Appeal in the captioned matter with this Honorable Court. On January 28, 2001, the U.S. Fifth Circuit placed the Columbia Case on its appeal docket.

7.

The U.S. Fifth Circuit Court of Appeals requires parties on appeal to identify cases pending in a district court of the U.S. Fifth Circuit which will likely be appealed to the U.S. Fifth Circuit.

TPSB identified the captioned matter and five other cases pending in this Court as meeting this criteria for the reason that all the pending cases remaining in this Honorable Court will decide the issue of prescription under servitude, tort, and/or mineral law. See Form for Appearance of Counsel with listing of cases attached as Exhibit "A", a copy of which is attached as Exhibit "1" and incorporated herein.

8.

TPSB submits that the final decision of this Honorable Court in the Columbia case is inconsistent with the case of *St. Martin v. Mobil*, 224 F.3d 402 (C.A.5 (La.) 2000) which held prescription was not a defense to Plaintiffs' damage claims for marsh damage due to the fact that the defendants were still operating under the rights granted them by a servitude. *St. Martin v. Mobil* involved strikingly similar facts to the captioned matter. Thus, the Columbia case must be reconciled with *St. Martin v. Mobil* thereby making the final decision in the Columbia case relevant to the issue of prescription in the captioned matter.

9.

In fact, the "Third Defense" of Defendant, Shell Oil Company's answer, Shell Oil raised prescription as a defense on the merits. See Exhibit "2" attached hereto and incorporated herein. Shell Oil will undoubtedly rely on the unpublished decision of this Honorable Court in the Columbia case as precedential authority for the defense of prescription.

10.

In the "Third Defense" of Defendant, Denovo Oil & Gas, Inc.'s answer, Denovo raised prescription as a defense on the merits. See Exhibit "3" attached hereto and incorporated herein. Denovo will also undoubtedly rely on the unpublished decision of this Honorable Court in the Columbia case as precedential authority for the defense of prescription.

Page 3

11.

In the "Third Defense" of Defendant, Quintana Petroleum Corporation's answer, Quintana raised prescription as a defense on the merits.  See Exhibit "4" attached hereto and incorporated herein.  Quintana will also undoubtedly rely on the unpublished decisions of this Honorable Court in the Columbia case as precedential authority for the defense of prescription.

12.

In the "Third Defense" of Defendant, Aviva Petroleum, Inc.'s answer, Aviva raised prescription as a defense on the merits.  See Exhibit "5" attached hereto and incorporated herein.  Aviva will also undoubtedly rely on the unpublished decisions of this Honorable Court in the Columbia case as precedential authority for the defense of prescription.

13.

Accordingly, TPSB moves to stay the captioned matter until such time as a final decision is rendered in the Columbia case addressing the issue of prescription and reconciling the effect of *St. Martin v. Mobil* on TPSB's claims in the Columbia case.

14.

Holco, Inc. is no longer in business and is not represented by counsel.  TPSB is in the process of dismissing Atlantic Pacific without prejudice.  TPSB certifies that all other Defendants have been contacted and have no opposition to this Court staying the captioned matter until a final decision is rendered in the Columbia case.

**WHEREFORE**, Terrebonne Parish School Board moves this Court to stay the captioned matter until a final decision is rendered by the U.S. Fifth Circuit Court of Appeals in the matter of *"Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company"* Appeals Docket No.:01-30131.

THE GRAY LAW FIRM, APLC

_____

A. J. GRAY, III                    #6253
WADE T. VISCONTE          #24734
Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694        Telephone
(337) 494-0697        Facsimile

**MICHAEL X. ST. MARTIN  #12365**
**JOSEPH G. JEVIC III          #23145**
ST. MARTIN & WILLIAMS, APLC
Post Office Box 2017
Houma, LA 70361
(504) 876-3891        Telephone
(504) 851-2219        Facsimile

**Attorneys for Terrebonne Parish School Board**


## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the preceding Motion has been served on all counsel of record by

placing same in the United States mail delivery, postage prepaid and properly addressed, on this _

21st _ day of March _____, 2001.

_____
WADE T. VISCONTE
Joseph G Jevic III

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | § | **CIVIL ACTION NO. 00CV0443** |
| | | |
| **VERSUS** | § | **SECTION: T** |
| | | |
| **QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., AND ATLANTIC PACIFIC MARINE CORPORATION** | § § § | **MAGISTRATE: 2** |
| | | |
| **FILED: _____** | § | _____ |
| | | **DEPUTY CLERK** |

### ORDER

Considering the foregoing Motion to Stay Proceedings filed by Plaintiff, Terrebonne Parish School Board:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Terrebonne Parish School Board's Motion to Stay Proceedings is hereby **GRANTED** until such time as a final decision is rendered by the U.S. Fifth Circuit Court of Appeals in the matter of *"Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company"* Appeals Docket No.:01-30131.

THUS RENDERED AND SIGNED this 27th day of ___March___, 2001, at New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE

**SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED**