MINUTE ENTRY
March 29, 2001
PORTEOUS, J

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 30 AM 11: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | **CIVIL ACTION** |
| VERSUS | NO. 00-0443 |
| **QUINTANA PETROLEUM CORPORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLOCO, INC., AND ATLANTIC PACIFIC MARINE CORPORATION** | SECTION "T" (2) |

**ORDER**

This Court granted the Plaintiff's Motion to Stay Proceedings in the above-captioned matter pending a final decision by the Fifth Circuit Court of Appeals in "*Terrebonne Parish School Board v. Columbia Gulf Transmission Company and Koch Gateway Pipeline Company.*" Accordingly,

**IT IS ORDERED** that the Clerk of Court mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket by order of this Court upon motion of a party once the Fifth Circuit renders a decision in the aforementioned related matter. This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 29th day of March, 2001.

DATE OF ENTRY
MAR 3 0 2001

G. Thomas Porteous, Jr.
United States District Judge

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____