FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 FEB 12 PM 12: 25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| VERSUS | * | NO. 2000 – 0443 |
| QUINTANA PETROLEUM CORPORATION; SHELL OIL COMPANY; | * | SECTION: T |
| DENOVO OIL & GAS, INC.; AVIVA PETROLEUM INC.; HOLCO, INC.; & ATLANTIC PACIFIC MARINE CORPORATION | * | MAGISTRATE: 2 |

*********************************************

### MOTION TO LIFT STAY AND RETURN TO DOCKET

**NOW INTO COURT** through undersigned counsel, comes plaintiff Terrebonne Parish School Board, which, pursuant to this Court's order of March 27, 2001 authorizing the lifting of the stay upon notice of the parties, hereby notifies this court that those matters for which this case had been stayed pending resolution thereof have now been decided. Although Plaintiff notified this Court of these decisions by letter dated July 12, 2002, the matter still remains stayed per said order.

DATE OF ENTRY

FEB 21 2003

X /s/ _____
CtRmDep
Doc No 28

Accordingly, it is now appropriate for this Court to lift said stay and return this matter to its docket.

Respectfully submitted,

Michael X. St. Martin (Bar #12365)
Conrad S.P. Williams III (Bar #14499)
Joseph G. Jevic III (Bar #23145)
ST. MARTIN & WILLIAMS
P.O. Box 2017
Houma, LA 70361
(985) 876-3891

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on opposing counsel through the United States Mail, postage prepaid and properly addressed this 11th day of February, 2003.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2000 – 0443 |
| | * | |
| QUINTANA PETROLEUM CORPORATION; | * | SECTION: T |
| SHELL OIL COMPANY; | * | |
| DENOVO OIL & GAS, INC.; | * | MAGISTRATE: 2 |
| AVIVA PETROLEUM INC.; HOLCO, INC.; & | * | |
| ATLANTIC PACIFIC MARINE CORPORATION | * | |

*******************************************

### ORDER

**CONSIDERING THE FOREGOING:**

IT IS ORDERED that the stay affecting the above captioned matter is lifted and that said matter is returned to the Court's docket.

New Orleans, Louisiana this 11 day of February, 2003.

_____
JUDGE