FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 24 P 4: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH | CIVIL ACTION |
| VERSUS | NO. 00-0443 |
| QUINTANA PETROLEUM CORP, ET AL. | SECTION "T" (2) |

### ORDER OF DISMISSAL

The Court has been advised by Clerk of Court, that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement.

Accordingly,

**IT IS ORDERED** that this action be, and the same is hereby **DISMISSED WITHOUT COSTS BUT WITHOUT PREJUDICE** to the right of any party, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not

DATE OF ENTRY
JUL 2 5 2003

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

consummated within a reasonable time. This Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 24 day of July, 2003.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE