


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 15 AM 10: 40

LORETTA G. WHYTE
  CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| | | NO. 00-0443 |
| VERSUS | * | |
| | | |
| QUINTANA PETROLEUM CORORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., ATLANTIC PACIFIC MARINE CORPORATION | * | JUDGE G. THOMAS PORTEOUS, JR. |
| | * | |
| | | SECTION T, MAG. 2 |
| | * | |

* * * * * * * * * * * * *

**UNOPPOSED MOTION FOR FINAL ORDER OF DISMISSAL**

Plaintiff, The Terrebonne Parish School Board, upon advising the Court that a settlement has been reached out of Court with defendants, Quintana Petroleum Corporation, Shell Oil Company and Aviva Petroleum, Inc., hereby moves, with their consent, to have this action dismissed against those defendants, with prejudice, and dismissed against the remaining defendants, Holco, Inc. (which has never appeared) and Denovo Oil & Gas, Inc. (now inactive),

DATE OF ENTRY
AUG 21 2003

___ Fee_____
_/ Process____
X  Dktd____
√  CtRmDep__
___ Doc. No. 31

without prejudice, and with each party to bear its own costs. No counterclaim, cross-claim or third party claim has been filed by any defendant.

Respectfully submitted:

Michael X. St. Martin (# 12365)
Joseph G. Jevic III (# 23145)
ST. MARTIN & WILLIAMS
P. O. Box 2017
Houma, LA 70361-2017
Telephone: (504) 876-3891

_____
Attorneys for Terrebonne Parish School Board

Word304835

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on opposing counsel through the United States Mail, postage prepaid and properly addressed this 14th day of August 2003.

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION |
| | * | |
| | | NO. 00-0443 |
| VERSUS | * | |
| | | |
| QUINTANA PETROLEUM CORORATION, SHELL OIL COMPANY, DENOVO OIL & GAS, INC., AVIVA PETROLEUM INC., HOLCO, INC., ATLANTIC PACIFIC MARINE CORPORATION | * * * | JUDGE G. THOMAS PORTEOUS, JR. SECTION T, MAG. 2 |

* * * * * * * * * * * * *

**ORDER OF DISMISSAL**

Considering the plaintiff's foregoing motion to dismiss;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entitled and numbered cause be and it is hereby dismissed with prejudice against Quintana Petroleum Corporation, Shell Oil Company and Aviva Petroleum, Inc., and without prejudice as to Holco, Inc. and Denovo Oil & Gas Inc., with each party to bear its own costs.

New Orleans, Louisiana, this 20th day of August, 2003.

JUDGE G. THOMAS PORTEOUS, JR.

Word304837